IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORE CONSTRUCTION & <br>   REMEDIATION, INC., <br> COPLAY AGGREGATES, INC., <br><br>         Plaintiffs <br><br>    vs. <br><br> VILLAGE OF SPRING VALLEY, NY, <br> THE ALLIANCE COMPANIES <br>   SA, LLC, and <br> ROCKLAND COUNTY DRAINAGE <br>  AGENCY, <br><br>         Defendants | Civil Action <br> No. 06-CV-1346 |

O R D E R

NOW, this 27th day of September, 2007, upon consideration of the following motions:

    1.    Defendant Rockland County Drainage Agency's Motion to Dismiss the Amended Complaint, which motion and accompanying memorandum of law were filed November 13, 2006; together with:

        a.    Plaintiffs' Memorandum of Law in Opposition to Defendant Rockland County Drainage Agency's Motion to Dismiss the Amended Complaint, which memorandum was filed November 30, 2006;

    2.    Defendant Rockland County Drainage Agency's Motion to Dismiss Defendant Alliance Companies SA, LLC's Cross-Claims, which motion and accompanying

memorandum of law were filed January 5, 2007; together with:

    a. Defendant Alliance Companies SA, LLC's Response to the Motion to Dismiss Crossclaims Filed on Behalf of Defendant Rockland County Drainage Agency, which response was filed January 19, 2007;

3. Defendant Rockland County Drainage Agency's Motion to Dismiss Defendant the Village of Spring Valley, New York's Cross-Claims, which motion together with accompanying memorandum of law were filed January 22, 2007; together with:

    a. Defendant Village of Spring Valley, NY's Response to Defendant Rockland County Drainage Agency's Motion to Dismiss Defendant the Village of Spring Valley, New York's Cross-Claims, which response was filed February 5, 2007;

it appearing that Counts II and IV of plaintiffs' First Amended Complaint (docket entry 31) are the sole two claims asserted against Rockland County Drainage Agency; and for the reasons expressed in the accompanying Opinion,

**IT ORDERED** that Defendant Rockland County Drainage Agency's Motion to Dismiss the Amended Complaint is granted.

IT FURTHER ORDERED that Counts II and IV of plaintiffs' First Amended Complaint are dismissed against defendant Rockland County Drainage Agency.

IT FURTHER ORDERED that plaintiffs' First Amended Complaint against defendant Rockland County Drainage Agency is dismissed.

IT IS FURTHER ORDERED that plaintiffs shall until October 15, 2007 to file a second amended complaint.

IT FURTHER ORDERED that Defendant Rockland County Drainage Agency's Motion to Dismiss Defendant Alliance Companies SA, LLC's Cross-Claims is denied.

IT FURTHER ORDERED that Defendant Rockland County Drainage Agency's Motion to Dismiss Defendant the Village of Spring Valley, New York's Cross-Claims is denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge